UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **23-5611**

Case Title: **Friends of George's** vs. **Steven Mulroy**

List all clients you represent in this appeal:

**Friends of George's**

- ☐ Appellant
- ☑ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Melissa J. Stewart**   Signature: s/ **40638**

Firm Name: **Donati Law, PLLC**

Business Address: **1545 Union Ave.**

City/State/Zip: **Memphis, TN 38104**

Telephone Number (Area Code): **901-278-1004**

Email Address: **melissa@donatilaw.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---