OFFICE OF THE CIRCUIT MEDIATORS
## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | 331 POTTER STEWART U.S. COURTHOUSE | |
|---|---|---|
| CATHERINE C. GEYER | 100 EAST FIFTH STREET | TELEPHONE (513) 564-7330 |
| *Chief Circuit Mediator* | CINCINNATI, OHIO 45202-3988 | FAX (513) 564-7349 |
| KATHRYN L. WOLLENBURG | CA06-MEDIATION@CA6.USCOURTS.GOV | |
| SCOTT COBURN | | |
| JOHN A. MINTER | | |

July 12, 2023

Craig A. Edgington
James Matthew Rice
Melissa Jo Stewart
Brice Moffatt Timmons

Re: *Friends Of Georges, Inc. v. Steven Mulroy,* CA No. 23-5611

## CANCELATION NOTICE

Dear Counsel:

Pursuant to Rule 33 of the local Rules of the Sixth Circuit, the mediation conference currently scheduled for **July 28, 2023**, is hereby **CANCELED**.

Sincerely,

*Connie A. Weiskittel*

Connie A. Weiskittel
Mediation Administrator

cc: Scott Coburn