# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT
## CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: **23-5611**          Case Manager: **Roy G. Ford**

Case Name: **Friends of George's Inc. v. Steven Mulroy**

Is this case a cross appeal?   ☐ Yes   ☑ No
Has this case or a related one been before this court previously?     ☐ Yes  ☑ No
If yes, state:
   Case Name: **n/a**               Citation: **n/a**
   Was that case mediated through the court's program?   ☐ Yes  ☑ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

This appeal is being taken against Friends of George's Inc.  District Attorney Steven Mulroy, in his official capacity, will raise the following issues:

(1) Whether Friends of George's Inc. has Article III standing to challenge Tennessee's Adult Entertainment Act—in part or in its entirety.

(2) Whether the district court erred in its findings of fact.

(3) Whether the district court erred in its construction of Tennessee's Adult Entertainment Act and its crossed referenced provisions (Public Chapter No. 2, 113th General Assembly (2023) (codified at Tenn. Code Ann. §§ 7-51-1401, -1407, and § 39-17-901)).

(4) Whether the district court erred in holding that Tennessee's Adult Entertainment Act (Public Chapter No. 2, 113th General Assembly (2023) (codified at Tenn. Code Ann. §§ 7-51-1401, -1407, and § 39-17-901)) is facially unconstitutional under the First Amendment to the U.S. Constitution.

(5) Whether the district court erred in holding that Tennessee's Adult Entertainment Act (Public Chapter No. 2, 113th General Assembly (2023) (codified at Tenn. Code Ann. §§ 7-51-1401, -1407, and § 39-17-901)) is unconstitutionally vague.

(6) Whether the district court erred in the scope of relief provided.

This is to certify that a copy of this statement was served on opposing counsel of record this **13th** day of

_____ **July** , **2023** .          **s/James Matthew Rice**
                                                                Name of Counsel for Appellant

6CA 53
Rev. 6/08