UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **23-5611**

Case Title: **Friends of George's, Inc.** vs. **Steven J. Mulroy**

List all clients you represent in this appeal:

**Steven J. Mulroy, in his official capacity as District Attorney General of Shelby County, TN**

☑ Appellant  ☐ Petitioner  ☐ Amicus Curiae  ☐ Criminal Justice Act
☐ Appellee   ☐ Respondent  ☐ Intervenor                (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Robert Wilson**    Signature: s/ **Robert Wilson**

Firm Name: **Office of the Tennessee Attorney General & Reporter**

Business Address: **40 South Main Street, Suite 1014**

City/State/Zip: **Memphis, TN 38103**

Telephone Number (Area Code): **901-543-9031**

Email Address: **Robert.Wilson@ag.tn.gov**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---