UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **23-5611**

Case Title: **Friends Of Georges Inc.** vs. **Steven Mulroy**

List all clients you represent in this appeal:

American First Legal Foundation

☐ Appellant   ☐ Petitioner   ☒ Amicus Curiae   ☐ Criminal Justice Act
☐ Appellee   ☐ Respondent   ☐ Intervenor                (Appointed)

☒ Check if a party is represented by more than one attorney.
☒ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Jonathan F. Mitchell**    Signature: s/ **Jonathan F. Mitchell**

Firm Name: **Mitchell Law PLLC**

Business Address: **111 Congress Avenue, Suite 400**

City/State/Zip: **Austin, Texas 78701**

Telephone Number (Area Code): **(512) 686-3940**

Email Address: **jonathan@mitchell.law**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.