RECEIVED
AUG 22 2023
DEBORAH S. HUNT, Clerk

Deborah S. Hunt, Clerk
Office of the Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 E. Fifth Street
Cincinnati, Ohio 45202-3988

      RE: *Friends of Georges, Inc. v. Mulroy*, No. 23-5611
          Trial Exhibit 2 Video Evidence

Dear Clerk Hunt:

    Briefing in the above captioned action cites to Trial Exhibit 2. That exhibit was introduced at trial but is not included in the district court's electronic record.

    Pursuant to the instructions of Mr. Roy G. Ford, please find enclosed four thumb drives containing the substantive video evidence and associated "Summary of Pertinent FOG Sketches" letter which were introduced as "Exhibit 2" at trial. *See* R. 81 at PageID1050–52. The parties agree that these thumb drives include the same substantive videos that were before the district court. Please do not hesitate to contact us should you have any questions.

Sincerely,

/s/J. Matthew Rice

J. MATTHEW RICE
Office of Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202
(615) 532-6026
matt.rice@ag.tn.gov

*Counsel for Defendant-Appellant*

/s/Brice M. Timmons

BRICE M. TIMMONS
Donati Law, PLLC
1545 Union Ave.
Memphis, TN 38104
(901) 278-1004
brice@donatilaw.com

*Counsel for Plaintiff-Appellee*

August 21, 2023

Enclosures

## FOG Sketches

### *Where the specific examples fall under Tenn. Code Ann. § 39-17-901*

**Description of Masturbation** (§ 39-17-901(14)(B))

- "The Tea with Sister Myotis" (Def.'s Ex. 10)—shower massager

**Representation of Excretory Function** (§ 39-17-901(14)(B))

- "Nurses" sketch from "Drag Rocks" – Sandy bends over and farts

**Representation of Simulated Ultimate Sexual Acts** (§ 39-17-901(14)(A))

- "Rod Stewart" sketch from "Drag Rocks" – chemistry b/t Rod & the model
- "Paradise by the Dashboard Light – Dragnificent 70s" (Def.'s Ex. 17) – thrusting, James Bond-esque silhouettes
- "Bitch You Stole my Purse" – reference to & acting out oral sex

**Description of Actual Ultimate Sexual Acts** (§ 39-17-901(14)(A))

- "The Tea with Sister Myotis" (Def.'s Ex. 10)—marital sex

**Sexual excitement: Description of female genitals in state of sexual arousal** (§§ 39-17-901(6), (15))

- "Trixie Thunderpussy—Pussycat Song" (Def.'s Ex. 46) – Pussycat Song

**Sexual Excitement: Representation of male genitals in state of sexual arousal** (§§ 39-17-901(6), (15))

- "Rod Stewart" sketch from "Drag Rocks"—tight leather pants w/big D
- "Dick in a box"

**Nudity: Depiction of male genitals in discernably turgid state** (§§ 39-17-901(6), (9))

- "Rod Stewart" sketch from "Drag Rocks"—tight leather pants w/big D
- "Dick in a box"