**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: September 12, 2023

Mr. Craig A. Edgington
Donati Law
1545 Union Avenue
Memphis, TN 38104

Mr. Gene Hamilton
America First Legal Foundation
300 Independence Avenue, S.E.
Washington, DC 20003

Mr. Daniel Alexander Horwitz
Horwitz Law
4016 Westlawn Drive
Nashville, TN 37209

Mr. Thomas T. Hydrick
Office of the Attorney General
of South Carolina
P.O. Box 11549
Columbia, SC 29211

Mr. Jonathan F. Mitchell
Mitchell Law
111 Congress Avenue
Suite 400
Austin, TX 78701

Mr. James Robert Newsom III
Office of the Attorney General
of Tennessee
500 Charlotte Avenue
Nashville, TN 37243

Mr. James Matthew Rice
Office of the Attorney General

of Tennessee
P.O. Box 20207
Nashville, TN 37202-0207

Ms. Melissa Jo Stewart
Donati Law
1545 Union Avenue
Memphis, TN 38104

Mr. Brice Moffatt Timmons
Donati Law
1545 Union Avenue
Memphis, TN 38104

Mr. Robert W. Wilson
Office of the Tennessee Attorney General
40 S. Main Street
Suite 1014
Memphis, TN 38103-1877

               Re:  Case No. 23-5611, *Friends Of Georges, Inc. v. Steven Mulroy*
                    Originating Case No. : 2:23-cv-02163

Dear Counsel,

   The intervenor has filed a motion to intervene which may be read or downloaded directly from the ECF docket.

   If you wish to respond to the application, your RESPONSE IS due by 12 ET Wednesday, September 13, 2023.  REPLY is due by 12ET Thursday, September 14, 2023.  If you choose not to respond, please file a letter to that effect.

                                     Sincerely yours,

                                     s/Roy G. Ford
                                     Case Manager
                                   Direct Dial No. 513-564-7016