1 | P a g e



DANIEL A. HORWITZ
Daniel@Horwitz.law

LINDSAY E. SMITH
Lindsay@Horwitz.law

MELISSA K. DIX
Melissa@Horwitz.law

4016 WESTLAWN DR.
NASHVILLE, TN 37209
WWW.HORWITZ.LAW
O: (615) 739-2888

September 14, 2023

**VIA CM/ECF**

**Re:  Correction to Statement in Intervenors' Reply Brief**

    The Appellant has called to the Intervenors' attention that a statement in the Intervenors' Reply Brief, filed September 14, 2023, is not accurate. The statement appears on page 4 of Document #33, and it states that the Appellant conceded in a footnote that the declaratory relief that the District Court issued below "was not limited in any way."  In fact, that is not the Appellant's position—it is the Intervenors.'  The Appellant has not conceded the matter, and the citation is to one of the Intervenors' filings, not to the Appellant's Opposition brief.  The undersigned regrets the error.

Very truly yours,

Daniel A. Horwitz

Cc:    All counsel of record

Respectfully submitted,

By:   /s/ Daniel A. Horwitz
      DANIEL A. HORWITZ (TN #032176)
      LINDSAY E. SMITH (TN #035937)
      MELISSA K. DIX (TN #038535)
      HORWITZ LAW, PLLC
      4016 WESTLAWN DR.
      NASHVILLE, TN 37209
      (615) 739-2888
      daniel@horwitz.law
      lindsay@horwitz.law
      melissa@horwitz.law

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit using the CM/ECF system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

By:   /s/ Daniel A. Horwitz
       DANIEL A. HORWITZ (TN #032176)