IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

**FRIENDS OF GEORGE'S, INC.**,

    *Plaintiff-Appellee*,

v.

**STEVEN JOHN MULROY,**

    *Defendants-Appellants*.

Case Number 6th Circuit Court of Appeals: 23-5611

Case No. 2:23-cv-02163 for the Western District of Tennessee at Memphis, Tennessee

_____

**PLAINTIFF-APPELLEE'S MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF-APPELLEE'S RESPONSE BRIEF**

_____

    **COMES NOW** the Plaintiff-Appellee, Friends of George's, Inc. (hereinafter "Plaintiff-Appellee") by and through the undersigned counsel, and files its *Motion for Extension of Time to File Plaintiff-Appellee's Response Brief,* in the above referenced appellate case filed by Defendant-Appellant, Steven John Mulroy (Defendant-Appellant). In support of motion, Plaintiff-Appellee states as follows in support of its motion:

    1. On March 27, 2023, Plaintiff-Appellee filed its Complaint (ECF No. 1) in the US District Court for the Western District of Tennessee at Memphis (Case No. 22:23-02163).

    2. Also on March 27, 2023, Plaintiff-Appellee filed its Motion for Temporary Restraining Order and Preliminary Injunction (ECF 7).

    3. On March 28, 2023, Plaintiff-Appellee filed its Amended Complaint (ECF 10).

    4. Also on March 28, 2023, Plaintiff-Appellee filed its Motion for Temporary Restraining Order and Preliminary Injunction as to Governor Bill Lee and Assistant Attorney General Jonathan

Skrmetti (ECF 11).

5. On March 29, Defendant-Appellant filed his Response in Opposition to Plaintiff's Motion for Temporary Restraining Order (ECF 19).

6. On March 30, 2023, Plaintiff-Appellee filed its Reply to Defendant-Appellant's Motion.

7. On June 7, 2023, the district court entered a judgment in favor of Friends of George's, Inc. (ECF 92).

8. On June 30, 2023, Defendant-Appellant timely filed his Notice of Appeal (ECF 94).

9. On August 22, 2023, Defendant-Appellant filed his Brief [DOC 26].

10. Plaintiff-Appellee's brief is due on September 21, 2023.

11. Due to certain filing deadlines and court appearances in other cases, as well as addressing arguments raised in the Amicus Curiae, Plaintiff-Appellee respectfully requests this Court grant Plaintiff-Appellee a thirty (30) day extension to file its Brief.

12. No party will be prejudiced by the granting of this motion.

WHEREFORE, Plaintiff-Appellee, Friends of Georges, Inc., respectfully requests that this Court grant this motion and enter an order granting a thirty (30) extension for Plaintiff-Appellee to file its response brief.

    Respectfully submitted,

    /s/ *Melissa J. Stewart*
    Brice M. Timmons (#29582)
    Craig A. Edgington (#38205)
    Melissa J. Stewart (#40638)
    DONATI LAW, PLLC
    1545 Union Avenue
    Memphis, TN 38104
    (901) 278-1004 (Office)
    (901) 278-3111 (Fax)
    brice@donatilaw.com
    craig@donatilaw.com
    melissa@donatilaw.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a copy of the foregoing has been served on all defendants via this Court's ECF filing system this 20th day of September.

*/s/Melissa J. Stewart*