No. 23-5611

IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

———————

FRIENDS OF GEORGE'S, INC.,

*Plaintiff-Appellee*,

v.

STEVEN JOHN MULROY,

*Defendant-Appellant*.

———————

On Appeal from the Judgment of the United States
District Court for the Western District of Tennessee
(No. 2:23-cv-02163-TLP-tmp)

**CONSENT MOTION FOR EXTENSION OF TIME**

Pursuant to Federal Rule of Appellate Procedure 26(b) and Sixth Circuit Rule 26(a), Appellant respectfully requests a 14-day extension of time, to and including November 27, 2023, for filing its reply brief. Appellee and Intervenors consent to this motion.

1. This case involves a constitutional challenge to Tennessee's Adult Entertainment Act. The district court held the Act unconstitutional, and Appellant filed a notice of appeal. Appellant filed its opening brief on August 22, 2023.

2. On September 8, 2023, Intervenors moved to intervene, which this Court granted. On September 19, 2023, Appellee requested a 30-day extension of

1

time for its and Intervenors' response briefs, and this Court granted the requested extension.

3. Appellee and Intervenors filed their response briefs on October 23, 2023. Appellee's brief is 56 pages, and Intervenors' brief is 42 pages. Both raise numerous constitutional questions. And Intervenors present new arguments that were not previously raised, as they were not parties to this dispute until after Appellant filed its opening brief.

4. Appellant's reply brief is currently due November 13, 2023.

5. Appellant now respectfully requests a 14-day extension of time, to and including November 27, 2023, in which to file its reply brief. There is good cause for the requested extension as it is necessary in light of other deadlines and additional conflicts faced by Appellant's counsel.

6. James Matthew Rice has principal responsibility for preparing Appellant's brief in this case. During the reply briefing period, Mr. Rice must prepare briefs for *Gore v. Lee*, No. 23-5669 (CA6), *L.E. v. Lee*, No. 3:21-cv-00835 (MDTN), and *Rogers v. Mays*, No. 23A134 (S. Ct.), among other obligations.

7. In addition, Mr. Rice has a long-scheduled family vacation from November 11-18, 2023.

8. In addition to the conflicts of Appellant's lead counsel, other counsel on the case have pre-existing deadlines in other matters.

9.　　　　The requested extension is not sought for delay. Rather, it will ensure that this Court receives fulsome, responsive briefing.

10.　　　This is Appellant's first request for an extension of time.

11.　　　Appellee and Intervenors consent to the requested 14-day extension.

## CONCLUSION

Appellant respectfully requests a 14-day extension, to and including November 27, 2023, for its reply brief.

| | |
|---|---|
| Dated: October 25, 2023 | Respectfully submitted, |
| | <u>s/J. Matthew Rice</u> |
| Jonathan Skrmetti<br>  *Attorney General & Reporter*<br>  *of the State of Tennessee* | J. Matthew Rice<br>  *Associate Solicitor General*<br>  *Counsel of Record* |
| Andrée Sophia Blumstein<br>  *Solicitor General* | Robert W. Wilson<br>  *Senior Assistant Attorney General* |
| James R. Newsom III<br>  *Special Counsel* | Alicia Gilbert<br>  *Office of the Solicitor General*<br>  *Honors Fellow* |
| | Office of Tennessee Attorney General<br>P.O. Box 20207<br>Nashville, Tennessee 37202<br>(615) 532-6026<br>matt.rice@ag.tn.gov |
| | *Counsel for Defendant-Appellant* |

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. App. P. 25(d) and 6 Cir. R. 25(f), I certify that a true and exact copy of this brief has been filed via the Court's electronic filing system on October 25, 2023. That system sends a Notice of Docket Activity to all registered attorneys in this case. Under 6 Cir. R. 25(f)(1)(A), "[t]his constitutes service on them and no other service is necessary."

/s/J. Matthew Rice
J. MATTHEW RICE
*Associate Solicitor General*

\#