**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: October 25, 2023

Mr. James Matthew Rice
Office of the Attorney General
of Tennessee
P.O. Box 20207
Nashville, TN 37202-0207

    Re: Case No. 23-5611, *Friends of George's, Inc. v. Steven Mulroy*
      Originating Case No. : 2:23-cv-02163

Dear Counsel,

 The appellant's motion for an extension of time to file the reply brief has been GRANTED. The reply brief is now due **November 27, 2023**.

            Sincerely yours,

            s/Roy G. Ford
            Case Manager
            Direct Dial No. 513-564-7016

cc: Mr. Craig A. Edgington
   Ms. Alicia Renee Traylor Gilbert
   Mr. Gene Hamilton
   Mr. Daniel Alexander Horwitz
   Mr. Thomas T. Hydrick
   Mr. Jonathan F. Mitchell
   Mr. James Robert Newsom III
   Ms. Melissa Jo Stewart
   Mr. Brice Moffatt Timmons
   Mr. Robert W. Wilson