Case No. 23-5611

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

FRIENDS OF GEORGE'S, INC.

      Plaintiff - Appellee

BLOUNT PRIDE, INC.; MATTHEW LOVEGOOD

      Intervenors

v.

STEVEN JOHN MULROY, in his official and individual capacity as the District Attorney General of Shelby County, Tennessee

      Defendant - Appellant

  Upon consideration of appellee's unopposed motion to share/split oral argument time,

  It is **ORDERED** that the motion be, and it hereby is **GRANTED**.

**ENTERED BY ORDER OF THE COURT**
Kelly L. Stephens, Clerk

Issued: January 18, 2024