Case No. 23-5611

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

FRIENDS OF GEORGE'S, INC.

    Plaintiff - Appellee

BLOUNT PRIDE, INC.; MATTHEW LOVEGOOD

    Intervenors

v.

STEVEN JOHN MULROY, in his official and individual capacity as the District Attorney General of Shelby County, Tennessee

    Defendant - Appellant

Upon consideration of the motion of James Robert Newsom, III to withdraw as counsel for the appellant,

It is **ORDERED** that the motion be, and it hereby is **GRANTED**.

**ENTERED BY ORDER OF THE COURT**
Kelly L. Stephens, Clerk

Issued: July 15, 2024