UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Kelly L. Stephens
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: August 21, 2024

Mr. James Matthew Rice
Office of the Attorney General
of Tennessee
P.O. Box 20207
Nashville, TN 37202

Re: Case No. 23-5611, *Friends of George's, Inc. v. Steven Mulroy*
Originating Case No.: 2:23-cv-02163

Dear Mr. Rice,

This is to advise that the court directs you to file a response to the petition for rehearing en banc in the above case.

Your response, not to exceed 3900 words, must be filed not later than the close of business on Wednesday, **September 4, 2024**.

Please note that no extensions will be granted.

Sincerely yours,

s/Beverly L. Harris
En Banc Coordinator
Direct Dial No. 513-564-7077

cc: Mr. Craig A. Edgington
    Mr. Gene Hamilton
    Mr. Daniel Alexander Horwitz
    Mr. Thomas T. Hydrick
    Mr. Bruce Edward Johnson
    Ms. Christina A. Jump
    Mr. Gregory M Lipper
    Mr. Jonathan F. Mitchell
    Ms. Megan Stater Shaw
    Ms. Melissa Jo Stewart
    Mr. Brice Moffatt Timmons
    Mr. Robert W. Wilson