No. 23-5611

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| FRIENDS OF GEORGE'S, INC., | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | |
| | ) | |
| v. | ) | |
| | ) | O R D E R |
| STEVEN J. MULROY, IN HIS OFFICIAL AND | ) | |
| INDIVIDUAL CAPACITIES AS THE DISTRICT | ) | |
| ATTORNEY GENERAL OF SHELBY COUNTY, | ) | |
| TENNESSEE, | ) | |
| | ) | |
| Defendant-Appellant. | ) | |

**BEFORE:**  SILER, NALBANDIAN, and MATHIS, Circuit Judges.

Upon consideration of the intervenors' motion for leave to file a response to the petition for rehearing en banc,

It is ORDERED that the motion is DENIED.

**ENTERED BY ORDER OF THE COURT**

_____
**Kelly L. Stephens, Clerk**