No. 23-5611

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Sep 20, 2024
KELLY L. STEPHENS, Clerk

| | |
|---|---|
| FRIENDS OF GEORGE'S, INC., | ) |
| Plaintiff-Appellee, | ) |
| v. | ) O R D E R |
| STEVEN J. MULROY, IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES AS THE DISTRICT ATTORNEY GENERAL OF SHELBY COUNTY, TENNESSEE, | ) |
| Defendant-Appellant. | ) |

**BEFORE:** SILER, NALBANDIAN, and MATHIS, Circuit Judges.

The court received a petition for rehearing en banc. The original panel has reviewed the petition for rehearing and concludes that the issues raised in the petition were fully considered upon the original submission and decision of the case. The petition then was circulated to the full court. No judge has requested a vote on the suggestion for rehearing en banc.

Therefore, the petition is denied. Judge Mathis would grant rehearing for the reasons stated in is dissent.

It is further ORDERED that the motions of Brice M. Timmons and Craig A. Edgington for leave to withdraw as counsel for the appellee, are GRANTED.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk