# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

December 23, 2024

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH  45202-3988

**FILED**
Dec 27, 2024
KELLY L. STEPHENS, Clerk

     Re:   Friends of George's, Inc.
            v. Steven J. Mulroy, in His Official and Individual Capacity as the District Attorney General of Shelby County, Tennessee
           No. 24-676
           (Your No. 23-5611)

Dear Clerk:

     The petition for a writ of certiorari in the above entitled case was filed on December 19, 2024 and placed on the docket December 23, 2024 as No. 24-676.

                           Sincerely,

                           **Scott S. Harris**, Clerk

                           by

                           Angela Jimenez
                           Case Analyst