# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

February 24, 2025

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202-3988

**FILED**
Feb 24, 2025
KELLY L. STEPHENS, Clerk

Re: Friends of George's, Inc.
  v. Steven J. Mulroy, in His Official and Individual Capacity as the District Attorney General of Shelby County, Tennessee
  No. 24-676
  (Your No. 23-5611)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk